TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00266-CV

Wireless Providers of Texas, et al. (1), Appellants

v.

Advisory Commission on State Emergency Communications and The Greater Harris County
9-1-1 Emergency Network, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 95-15818, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed a motion to dismiss the appeal. We grant the motion.

 The appeal is dismissed. Tex. R. App. P. 59(a)(1)(B).

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellants' Motion

Filed: August 28, 1997

Do Not Publish
1. For a complete list of appellants, see our judgment of this date.